# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:22-cv-00409-MR

| | |
|---|---|
| DAYSHAWN BECKHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| FNU PETTERSON, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on its recent dismissal of Plaintiff's Complaint [Doc. 48] and Defendants' Voluntary Dismissal of Counterclaims [Doc. 49].

On April 26, 2023, the Court dismissed Plaintiff's Complaint without prejudice "for Plaintiff's continued and egregious failures to abide the Court's Orders, governing law and procedure, and warnings by this Court." [Doc. 48 at 3]. The Court directed Defendants to either voluntarily dismiss without prejudice their counterclaim against Plaintiff or notify the Court that they intend to pursue this claim. [Id. at 3-4]. In response, Defendants voluntarily dismissed their counterclaim against Plaintiff. [Doc. 49]. The Court, therefore, with dismiss this action without prejudice.

## **ORDER**

**IT IS, THEREFORE, ORDERED** that this action is hereby **DISMISSED** without prejudice.

The Clerk is instruction to terminate this proceeding.

**IT IS SO ORDERED**.

Signed: May 11, 2023

Martin Reidinger
Chief United States District Judge